# THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CORNELE A. OVERSTREET, Regional Director of the Twenty-Eighth Region of the National Labor Relations Board, for and on behalf of the National Labor Relations Board,

Petitioner,

v.

IGT D/B/A INTERNATIONAL GAME TECHNOLOGY,

Respondent.

Case No. 2:17-cv-1436-APG-NJK

**ORDER SHORTENING TIME**

Petitioner, Cornele A. Overstreet, Regional Director of Region 28 of the National Labor Relations Board, has filed an Expedited Motion for Order Shortening Time for Pleadings and Hearing on Petition for Injunctive Relief (Motion). Having reviewed the Motion, and for good cause shown,

I HEREBY ORDER that Respondent shall file and cause to be served its opposition and supporting affidavits, if any, to Petitioner's Petition for Temporary Injunction (Petition) on or before 12:00 noon (PST) on Friday, **May 26, 2017**.

I FURTHER ORDER that Petitioner shall file and cause to be served its reply, if any, in support of its Petition on or before 5:00 p.m. on Tuesday, **May 30, 2017.**

I FURTHER ORDER that Respondent shall appear before this Court, in Courtroom __6C__ of the Lloyd D. George U.S. Courthouse, 333 Las Vegas Blvd. South, Las Vegas, Nevada,

on **June 1, 2017** at **2:00 p.m.**, and then and there show cause, if there by any, why the relief sought in the Petition should not be granted.

I FURTHER ORDER that service of a copy of this Order, together with a copy of the Motion upon which it issued, be forthwith made upon Respondent in any manner provided in the Federal Rules of Civil Procedure, and by email, and that proof of such service be filed herein.

Dated this 22nd day of May, 2017.

The Honorable: _____
United States District Judge