1   MATTHEW T. CECIL, ESQ.
Nevada State Bar No. 9525
2   LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
3   Suite 300
Las Vegas, NV 89169-5937
4   Telephone: 702.862.8800
Fax No.: 702.862.8811
5   Email: mcecil@littler.com

6   THEO E.M. GOULD, ESQ., (*pro hac pending*)[1]
LITTLER MENDELSON, P.C.
7   900 Third Ave.
New York, NY 10022
8   Telephone: 212.497.8489
Fax No.: 646.417.7611
9   Email: tgould@littler.com

10   Attorneys for Respondent
IGT D/B/A INTERNATIONAL GAME TECHNOLOGY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CORNELLE A. OVERSTREET, Regional Director of the Twenty-Eighth Region of the National Labor Relations Board, for and on behalf of the National Labor Relations Board,<br><br>        Petitioner,<br><br>  v.<br><br>IGT D/B/A INTERNATIONAL GAME TECHNOLOGY,<br><br>        Respondent. | Case No. 2:17-CV-01436<br><br>**STIPULATION AND ORDER TO CONTINUE JUNE 1, 2017 HEARING**<br><br>[FIRST REQUEST] |

      WHEREAS, on May 22, 2017 the Court scheduled the hearing and oral argument of Petitioner's Petition for Temporary Injunction for June 1, 2017 at 2:00 P.M. [ECF No. 5]; and

      WHEREAS, June 1, 2017 is Jewish holiday of Shavuot and Counsel for Respondent

---

[1] Mr. Gould is Respondent's counsel and is currently preparing his *pro hac vice* application on an expedited basis.

requested the hearing be continued to allow observance of the holiday; and

WHEREAS, Counsel for Respondent resides in New York and is currently scheduled to be in Las Vegas, Nevada on June 5 and 6, 2017, for a bargaining meeting between the Respondent and the charging party, International Union of Operating Engineers, Local 501.

NOW THEREFORE, based upon the foregoing, Petitioner and Respondent, by and through their respective counsel, stipulate to move the hearing scheduled for June 1, 2017 at 2:00 P.M. to June 5, 2017, June 6, 2017, or to anytime thereafter but before June 13, 2017, as is convenient for the Court's calendar.

This is the first stipulated request to continue the hearing. This request is made in good faith and not for the purpose of delay.

Dated: May 25, 2017

/s/ Elise F. Oviedo
Elise F. Oviedo, Esq.
Nathan A. Higley, Esq.
Counsel for the Petitioner
General Counsel
National Labor Relations Board
Region 28 – Las Vegas Resident Office

Dated: May 25, 2017

/s/ Matthew T. Cecil
Matthew T. Cecil, Esq.
Theo E.M. Gould, Esq
LITTLER MENDELSON, P.C.
Attorneys for Respondent

**ORDER**

**IT IS ORDERED** that the hearing in this matter currently scheduled for June 1, 2017 at 2:00 P.M. is continued to June  5 , 2017 at 2:00 p.m.

Dated: May 25, 2017

_____
UNITED STATES DISTRICT COURT JUDGE

Firmwide:147844952.2 053273.1023